**Euron MATTHEWS, Movant/Appellant,**

v.

**STATE of Missouri,**
**Respondent/Respondent.**

No. ED 84053.

Missouri Court of Appeals,
Eastern District,
Division One.

Jan. 11, 2005.

Motion for Rehearing and/or Transfer to
Supreme Court Denied June 22, 2005.

Application for Transfer Denied
Aug. 30, 2005.

William Jerome Ekiss, St. Louis, MO, for Appellant.

Deborah Daniels, Evan Joseph Buch-heim-co-counsel, Jefferson City, MO, for Respondent.

Before GARY M. GAERTNER, SR., P.J., SHERRI B. SULLIVAN, J., and BOOKER T. SHAW, J.

## ORDER

PER CURIAM.

Euron Matthews appeals from the trial court's denial of his amended Rule 29.15 [1] postconviction relief motion after an evidentiary hearing. We have reviewed the briefs of the parties and the record on appeal and conclude that the trial court's findings and conclusions are not clearly erroneous. An extended opinion would have no precedential value. We have, however, provided a memorandum setting forth the reasons for our decision to the parties for their use only. We affirm the judgment pursuant to Missouri Rule of Civil Procedure 84.16(b).

---

1. All rule references are to Mo. R.Crim. P.2004, unless otherwise indicated.